Same case below, 393 Fed. Appx. 340.

Same case below, 398 Fed. Appx. 972.

**No. 10-7942. Michael Kluge, Petitioner v. United States.**

564 U.S. 1022, 131 S. Ct. 3023, 180 L. Ed. 2d 851, 2011 U.S. LEXIS 4614.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 614 F.3d 852.

**No. 10-8286. Ricky Leon Dority, Petitioner v. Keith Roy, Warden.**

564 U.S. 1022, 131 S. Ct. 3023, 180 L. Ed. 2d 851, 2011 U.S. LEXIS 4632.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 402 Fed. Appx. 2.

**No. 10-8354. Donnale C. Clay, Petitioner v. United States.**

564 U.S. 1022, 131 S. Ct. 3023, 180 L. Ed. 2d 851, 2011 U.S. LEXIS 4590.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 622 F.3d 892.

**No. 10-8671. Mario Salgado, Petitioner v. United States.**

564 U.S. 1022, 131 S. Ct. 3024, 180 L. Ed. 2d 851, 2011 U.S. LEXIS 4599.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-8734. Abelardo Sanchez-Ledezma, Petitioner v. United States.**

564 U.S. 1022, 131 S. Ct. 3024, 180 L. Ed. 2d 851, 2011 U.S. LEXIS 4699.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 630 F.3d 447.

**No. 10-8792. Jose Francisco Sanchez Aragon, Petitioner v. United States.**

564 U.S. 1022, 131 S. Ct. 3024, 180 L. Ed. 2d 851, 2011 U.S. LEXIS 4655.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-8846. Donald Noah, Petitioner v. United States.**

564 U.S. 1022, 131 S. Ct. 3025, 180 L. Ed. 2d 851, 2011 U.S. LEXIS 4736.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 401 Fed. Appx. 54.

**No. 10-8926. Clinton Wade Dunson, Petitioner v. United States.**

564 U.S. 1022, 131 S. Ct. 3025, 180 L. Ed. 2d 851, 2011 U.S. LEXIS 4751.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.